AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

UNITED STATES OF AMERICA
v.
RAFAEL VARGAS

Case Number: 07 MAG 2149

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for RAFAEL VARGAS

GETZ & BRAVERMAN, P.C.
172 EAST 161st STREET
BRONX, NY 10451

I certify that I am admitted to practice in this court.

JANUARY 14, 200
Date

Signature

STEVEN MICHAEL ZOROWITZ — 1982
Print Name — Bar Number

GETZ + BRAVERMAN, P.C.
Address

172 EAST 161st STREET
City

BRONX  NY  10451
State  Zip Code

Phone Number: 718-993-3000
Fax Number: 718-402-5183

TOTAL P.01